UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:                                      CASE NO: 15-28143-JKO

MAURICE  SYMONETTE                          CHAPTER 13

    DEBTOR

_____/

## Motion for default

On 2/11/2016 an order was entered by the court determining debtors

complianceWith the filing requirements of §521(a)(1). As seen on doc #49, the

Document went on to say the information required by 11U.S.C. §521(a)(1) as

provided by the Debtor in this case is complete to the satisfaction of the trustee

and no creditor or other party in interest  has filed a request for and order of

dismissal pursuant to 11U.S.C.§521(i)(2) as provided under local rule 1017-2(A)(2)

based upon the trustees review, the court has determined that  the debtor has

complied with the Information requirements of U.S.C.§521(A)(1).

      Item 2 of this Doc that was ordered by the court said if any creditor

or other party in interest has any reason to contest the courts finding that the

Debtor has filed all information required by 11U.S.C. §521(a)(1), that party shall

File an objection not later than 21 days from the entry of this Order, and serve

such objection on the trustee, the United States trustee, Debtor and Debtors

Counsel if any the objection should indentify the information and documents

Required by the U.S.C.§521(a)(1)  that the debtor has failed to file. Item 3 says

Each creditor of other party in interest served with this Order who does not file

and objection within the 21 days deadline set forth above has waived the right to

file a motion to dismiss the bankruptcy case for the debtors failure to comply with

11U.S.C.§521(a)(1) the trustee did not request any other information either, so

Theirfore  I request a default be brought against creditor JPMorgan  chase bank

and all other creditors since it has been well over the 21 day deadline.

MAURICE SYMONETTE

3320 NE 165TH ST

MIAMI, FL. 33160

CASE: 15-28143

PH: 786-8599421